# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALCANTAR, | ) |
| | ) Case No. 1:14-cv-00182-SKO |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| | ) **EXTENDING TIME** |
| v. | ) **TO FILE OPENING BRIEF** |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to October 22, 2014, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. The extension is requested because Plaintiff's counsel is experiencing health problems that have caused a backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

//
//
//
//
//

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: September 22, 2014 | JACQUELINE A. FORSLUND<br>Attorney at Law |
|  | */s/Jacqueline A. Forslund*<br>JACQUELINE A. FORSLUND |
|  | Attorney for Plaintiff |
| Date: September 22, 2014 | BENJAMIN J. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|  | */s/\*Chantal Jenkins*<br>Chantal Jenkins<br>Special Assistant United States Attorney<br>*By email authorization |
|  | Attorney for Defendant |

**ORDER**

Pursuant to the parties' Stipulation and good cause appearing, Plaintiff's request for a thirty (30) day extension to file an opening brief is GRANTED. The scheduling order is modified as follows:

1. Plaintiff shall file an opening brief no later than October 22, 2014;
2. Defendant shall file a responsive brief no later than November 24, 2014; and
3. Plaintiff shall file any reply to Defendant's opposition no later than December 12, 2014.

IT IS SO ORDERED.

Dated:  **September 24, 2014**               /s/ **Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

2