JACQUELINE A. FORSLUND   CSBN 154575
Dellert Baird Law Offices, PLLC
P.O. Box 3757
Silverdale, WA  98383

Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY JEAN ALCANTAR, | Case No.  1:14-cv-0182--SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR EAJA FEES** |
| v. | (Doc. 21) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SIX THOUSAND SEVEN HUNDRED dollars and ZERO cents ($6,700.00).  This amount represents compensation for all legal services rendered on behalf of plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and The Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether the EAJA check is made payable to Plaintiff or Dellert Baird Law Offices, PLLC, such check shall be mailed to Plaintiff's attorney at the following address:  Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA  98383.

Respectfully submitted,

Date:  December 18, 2015        JACQUELINE A. FORSLUND
                                Attorney at Law

                                */s/Jacqueline A. Forslund*
                                JACQUELINE A. FORSLUND
                                Attorney for Plaintiff

Date:  December 18, 2015        BENJAMIN WAGNER
                                United States Attorney
                                DEBORAH STACHEL
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                                */s/\*Chantal Jenkins*
                                CHANTAL JENKINS
                                Special Assistant United States Attorney
                                *By email authorization
                                Attorney for Defendant

1 **ORDER**

2   Pursuant to the terms of the parties' stipulation, it is HEREBY ORDERED that Plaintiff is
3 awarded $6,700 in EAJA fees and costs.

4
5 IT IS SO ORDERED.

6 Dated:   **December 28, 2015**                         **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28